# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number: **SR 713-287**

Effective date of registration: October 5, 2012

## Title
- **Title of Work:** Anything You Synthesize

## Completion/Publication
- **Year of Completion:** 2008
- **Date of 1st Publication:** April 25, 2008
- **Nation of 1st Publication:** United States

## Author
- **Author:** John Keith Emanuele
  - **Author Created:** sound recording, performance, production, music
  - **Citizen of:** United States
  - **Domiciled in:** United States
- **Author:** Richard Thomas Caputo
  - **Author Created:** sound recording, performance, production, music
  - **Citizen of:** United States
  - **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Yeah Music LLC
  75-10 197 Street, 2nd Floor, Flushing, NY 11366, United States
- **Transfer Statement:** By written agreement

## Rights and Permissions
- **Organization Name:** Yeah Music LLC
- **Name:** John Keith Emanuele
- **Email:** americandollarbands@yahoo.com
- **Telephone:** 646-112-3011
- **Address:** 75-10 197 Street
  2nd Floor
  Flushing, NY 11366 United States

## Certification

Page 1 of 2

# COPYRIGHT ASSIGNMENT AGREEMENT

Author 1:    Richard Thomas Cupolo
Address 1:   15 Middleton Rd., Garden City, New York

Author 2:    John Keith Emanuele
Address 2:   75-10 197th St., Flushing, New York

Assignee:    Yesh Music LLC
Address:     75-10 197th St., Flushing, New York

FOR GOOD AND VALUABLE CONSIDERATION, receipt and sufficiency of which is hereby acknowledged, Authors hereby transfer and assign to Yesh Music LLC (hereafter "YESH"), located at 75-10 197th St., Flushing, New York, and to YESH's successors and assigns in perpetuity, One Hundred Percent (100%) of the entire right, title and interest in and to:

1. the copyright to Authors' contributions (hereafter referred to as the "Contributions" and which is more specifically defined below) to the below works (hereafter, "the Works");

    AGE OF WONDER
    AGE OF WONDER (AMBIENT)
    ANYTHING YOU SYNTHESIZE (AMBIENT)
    ANYTHING YOU SYNTHESIZE
    AS WE FLOAT
    AS WE FLOAT (AMBIENT)
    BUMP (AMBIENT)
    BUMP
    CALL
    CAMBIAN
    CHASE
    CHILLPOINT BREAK
    CIRCUITS
    CIRCUITS (AMBIENT)
    CLONES
    CROSSING ASIA
    CROSSING ASIA (AMBIENT)
    DAYTRIP
    DEA (AMBIENT)
    DEA
    EQUINOX
    EQUINOX (AMBIENT)
    ESCAPIST
    ETHER CHANNELS
    ETHER CHANNELS (AMBIENT)
    EVERYONE GETS SHOT
    FACES IN THE HAZE

Copyright Assignment                                                                                     p. 2 of 7

RICHARD THOMAS CUPOLO and JOHN KEITH EMANUELE to YESH MUSIC LLC

- FACES IN THE HAZE (AMBIENT)
- FACES IN THE HAZE (FILM EDIT)
- FADE IN OUT
- FADE IN OUT (AMBIENT)
- FAR ADRIFT
- A FEW WORDS
- A FEW WORDS (AMBIENT)
- FIRST DAY
- FIRST DAY (AMBIENT)
- FLOOD
- FLOOD (AMBIENT)
- FRIENDS OF FRIENDS
- FRIENDS OF FRIENDS (AMBIENT)
- FRONTIER MELT
- GLOW
- HEAVY EYES IGNITE
- HEAVY EYES IGNITE (AMBIENT)
- INTERMISSION
- INTRO
- LANDING (AMBIENT)
- LANDING
- LIGHTS DIM (AMBIENT)
- LIGHTS DIM
- A LONG GOODBYE
- LONG MARCH
- NEAR EAST (AMBIENT)
- NEAR EAST
- OIL AND WATER
- OIL AND WATER (AMBIENT)
- ORACLE
- ORACLE (AMBIENT)
- OUR HEARTS ARE READ
- PALESTINE
- PAR AVION
- PAR AVION (AMBIENT)
- PETERSON
- RAIDED BY WAVES
- RED LETTER
- RED LETTER (AMBIENT)
- RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT)
- RUDIMENTS OF A SPIRITUAL LIFE
- SANDS
- SCHIPOL
- SECOND SIGHT
- SECOND SIGHT (AMBIENT)
- SEPARATE BUT EQUAL

RICHARD THOMAS CUPOLO and JOHN KEITH EMANUELE to YESH MUSIC LLC

SHADOWS
SHADOWS (AMBIENT)
SIGNALING THROUGH THE FLAMES (AMBIENT)
SIGNALING THROUGH THE FLAMES
SIGNALING THROUGH THE FLAMES (FILM EDIT)
THE SLOW WAIT (PART ONE)
THE SLOW WAIT (PART TWO)
THE SLOW WAIT (PART ONE) (AMBIENT)
THE SLOW WAIT (PART TWO) (AMBIENT)
SOMNAMBULANCE
STARSCAPES (AMBIENT)
STARSCAPES
STEELTOWN (AMBIENT)
STEELTOWN (PART ONE)
STEELTOWN (PART TWO)
STRINGS
STRINGS (AMBIENT)
SUMMER OF WAR
SUPERNOVA LANDSLIDE
THE SWAMP
THE TECHNICOLOUR SLEEP
THOMPSON
TIME (AMBIENT)
TIME
TIME (FILM EDIT)
TONIGHT, LET'S ALL MAKE LOVE IN LONDON
TRANSCENDENCE (AMBIENT)
TRANSCENDENCE
TWELVE DAYS AWAKE
UNDERGROUND
URBANA
URBANA (AMBIENT)
WAR ON CHRISTMAS
WE'RE HITTING EVERYTHING (AMBIENT)
WE'RE HITTING EVERYTHING
WHERE WE ARE (AMBIENT)
WHERE WE ARE

2. the Authors' interest in and to the below Copyright Registrations, along with any renewals and extensions thereof, relating to the Contributions or the Works;

| COPYRIGHT REG. NO. | TITLE OF COPYRIGHTED WORK |
|---|---|
| SR 713-231 | AGE OF WONDER |
| SR 713-737 | AGE OF WONDER (AMBIENT) |
| SR 713-314 | ANYTHING YOU SYNTHESIZE (AMBIENT) |
| SR 713-287 | ANYTHING YOU SYNTHESIZE |

Copyright Assignment p. 4 of 7

RICHARD THOMAS CUPOLO and JOHN KEITH EMANUELE to YESH MUSIC LLC

| | |
|---|---|
| SR 708-480 | AS WE FLOAT |
| SR 708-466 | AS WE FLOAT (AMBIENT) |
| SR 713-301 | BUMP (AMBIENT) |
| SR 713-282 | BUMP |
| SR 713-281 | CALL |
| SR 708-510 | CAMBIAN |
| SR 713-291 | CHASE |
| SR 708-528 | CHILLPOINT BREAK |
| SR 713-237 | CIRCUITS |
| SR 713-745 | CIRCUITS (AMBIENT) |
| SR 713-238 | CLONES |
| SR 708-486 | CROSSING ASIA |
| SR 708-465 | CROSSING ASIA (AMBIENT) |
| SR 708-497 | DAYTRIP |
| SR 713-303 | DEA (AMBIENT) |
| SR 713-226 | DEA |
| SR 713-239 | EQUINOX |
| SR 713-747 | EQUINOX (AMBIENT) |
| SR 713-278 | ESCAPIST |
| SR 708-489 | ETHER CHANNELS |
| SR 708-538 | ETHER CHANNELS (AMBIENT) |
| SR 708-504 | EVERYONE GETS SHOT |
| SR 708-492 | FACES IN THE HAZE |
| SR 708-494 | FACES IN THE HAZE (AMBIENT) |
| SR 708-458 | FACES IN THE HAZE (FILM EDIT) |
| SR 713-232 | FADE IN OUT |
| SR 713-739 | FADE IN OUT (AMBIENT) |
| SR 708-460 | FAR ADRIFT |
| SR 713-230 | A FEW WORDS |
| SR 713-735 | A FEW WORDS (AMBIENT) |
| SR 708-490 | FIRST DAY |
| SR 708-540 | FIRST DAY (AMBIENT) |
| SR 713-277 | FLOOD |
| SR 713-752 | FLOOD (AMBIENT) |
| SR 708-477 | FRIENDS OF FRIENDS |
| SR 708-463 | FRIENDS OF FRIENDS (AMBIENT) |
| SR 713-276 | FRONTIER MELT |
| SR 708-511 | GLOW |
| SR 708-491 | HEAVY EYES IGNITE |
| SR 708-473 | HEAVY EYES IGNITE (AMBIENT) |
| SR 713-283 | INTERMISSION |
| SR 713-290 | INTRO |
| SR 713-756 | LANDING (AMBIENT) |
| SR 708-547 | LANDING |
| SR 713-321 | LIGHTS DIM (AMBIENT) |

Copyright Assignment  p. 5 of 7

RICHARD THOMAS CUPOLO and JOHN KEITH EMANUELE to YESH MUSIC LLC

| | |
|---|---|
| SR 713-284 | LIGHTS DIM |
| SR 713-763 | A LONG GOODBYE |
| SR 713-217 | LONG MARCH |
| SR 713-755 | NEAR EAST (AMBIENT) |
| SR 713-764 | NEAR EAST |
| SR 713-234 | OIL AND WATER |
| SR 713-743 | OIL AND WATER (AMBIENT) |
| SR 708-475 | ORACLE |
| SR 708-467 | ORACLE (AMBIENT) |
| SR 713-286 | OUR HEARTS ARE READ |
| SR 713-228 | PALESTINE |
| SR 708-493 | PAR AVION |
| SR 708-470 | PAR AVION (AMBIENT) |
| SR 713-220 | PETERSON |
| SR 713-227 | RAIDED BY WAVES |
| SR 713-235 | RED LETTER |
| SR 713-746 | RED LETTER (AMBIENT) |
| SR 713-307 | RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT) |
| SR 708-503 | RUDIMENTS OF A SPIRITUAL LIFE |
| SR 708-461 | SANDS |
| SR 708-548 | SCHIPOL |
| SR 713-241 | SECOND SIGHT |
| SR 713-749 | SECOND SIGHT (AMBIENT) |
| SR 713-218 | SEPARATE BUT EQUAL |
| SR 713-233 | SHADOWS |
| SR 713-740 | SHADOWS (AMBIENT) |
| SR 713-308 | SIGNALING THROUGH THE FLAMES (AMBIENT) |
| SR 708-500 | SIGNALING THROUGH THE FLAMES |
| SR 713-318 | SIGNALING THROUGH THE FLAMES (FILM EDIT) |
| SR 713-279 | THE SLOW WAIT (PART ONE) |
| SR 713-280 | THE SLOW WAIT (PART TWO) |
| SR 713-311 | THE SLOW WAIT (PART ONE) (AMBIENT) |
| SR 713-313 | THE SLOW WAIT (PART TWO) (AMBIENT) |
| SR 708-508 | SOMNAMBULANCE |
| SR 713-297 | STARSCAPES (AMBIENT) |
| SR 713-289 | STARSCAPES |
| SR 708-541 | STEELTOWN (AMBIENT) |
| SR 708-536 | STEELTOWN (PART ONE) |
| SR 708-488 | STEELTOWN (PART TWO) |
| SR 708-487 | STRINGS |
| SR 708-472 | STRINGS (AMBIENT) |
| SR 713-225 | SUMMER OF WAR |
| SR 713-223 | SUPERNOVA LANDSLIDE |
| SR 713-222 | THE SWAMP |
| SR 708-501 | THE TECHNICOLOUR SLEEP |

Copyright Assignment

p. 6 of 7

RICHARD THOMAS CUPOLO and JOHN KEITH EMANUELE to YESH MUSIC LLC

| | |
|---|---|
| SR 713-221 | THOMPSON |
| SR 713-315 | TIME (AMBIENT) |
| SR 713-225 | TIME |
| SR 713-319 | TIME (FILM EDIT) |
| SR 708-499 | TONIGHT, LET'S ALL MAKE LOVE IN LONDON |
| SR 713-316 | TRANSCENDENCE (AMBIENT) |
| SR 713-285 | TRANSCENDENCE |
| SR 708-514 | TWELVE DAYS AWAKE |
| SR 708-457 | UNDERGROUND |
| SR 708-478 | URBANA |
| SR 708-464 | URBANA (AMBIENT) |
| SR 708-513 | WAR ON CHRISTMAS |
| SR 713-305 | WE'RE HITTING EVERYTHING (AMBIENT) |
| SR 713-288 | WE'RE HITTING EVERYTHING |
| SR 713-759 | WHERE WE ARE (AMBIENT) |
| SR 708-549 | WHERE WE ARE |

3. any copyright applications presently pending at the time of execution of this agreement and any resulting registrations therefrom;

4. all works based upon, derived from, or incorporating the Contributions;

5. all income, royalties, damages, claims and payments now or hereafter due or payable with respect to the Contributions or the Works;

6. all causes of action, either in law or in equity, for past, present, or future infringement of copyright related to the Works, and

7. all rights corresponding to any of the foregoing, throughout the world.

The Authors' Contributions consists of authorship of the Works, including music, lyrics, recording production, sound recordings, performance rights and any and all other authorship interests of any kind, now vested and contingent therein.

This Assignment includes the assignment of all rights, including copyright, to any modifications or other alterations to the Works or the Contributions that the Authors make under this Agreement or any other agreement between the Authors and YESH.

Copyright Assignment                                                                                     p. 7 of 7

RICHARD THOMAS CUPOLO and JOHN KEITH EMANUELE to YESH MUSIC LLC

IN WITNESS THEREOF, Authors duly execute this Agreement.

By: _____          By: _____
Richard Thomas Cupolo ("Author 1")              John Keith Emanuele ("Author 2")

3/13/13                                          3/13/13
_____                   _____
Date                                             Date

STATE OF NEW YORK    )                           STATE OF NEW YORK    )
                     ) SS.:                                           ) SS.:
COUNTY OF Nassau     )                           COUNTY OF Nassau     )

Before me on this 13 day of March, 2013,        Before me on this 13 day of March, 2013,
personally appeared Richard Thomas Cupolo,      personally appeared John Keith Emanuele, to
to me known to be the person who is described   me known to be the person who is described in
in and who executed the foregoing assignment    and who executed the foregoing assignment
instrument and acknowledged to me that he       instrument and acknowledged to me that he
executed the same of his own free will for the  executed the same of his own free will for the
purpose therein express.                        purpose therein express.

_____                   _____
NOTARY PUBLIC                                    NOTARY PUBLIC

NICHOLAS CASTORO                                 NICHOLAS CASTORO
Notary Public - State of New York                Notary Public - State of New York
NO. 01CA6268666                                  NO. 01CA6268666
Qualified in Suffolk County                      Qualified in Suffolk County
My Commission Expires 9/7/16                     My Commission Expires 9/7/16